**Local Bankruptcy Form 102.1, Statement**

# United States Bankruptcy Court
### District of Colorado

In re   Ryan C. Alvis                                                                                              Case No.
                                         Debtor(s)                                                                 Chapter   7

### Attorney Fee Disclosure Statement

The undersigned as attorney for the debtor(s) herein makes the following statements pursuant to 11 U.S.C. § 329:

**1.**   The total fee to be charged in this matter (not including filing fees) is $ 800.00 , of which $ 800.00  has been paid leaving a balance of $ 0.00  due.

**2.**   The source of the compensation so paid or promised is    Debtor(s)    .

**3.**   I have not shared or agreed to share such compensation with any person, other than the members or regular associates of my law firm except .

**4.**   The particulars of such sharing or agreement to share are __.

**5.**   I hereby apply for the award of the fees set forth herein.


Dated:    October 13, 2005                                   /s/ James J. Pacifico
                                                             James J. Pacifico #35416
                                                             Signature of Attorney for Debtor(s)