Official Form 8
(12/03)

# United States Bankruptcy Court
## District of Colorado

In re   Ryan C. Alvis                                                                Case No.
                          Debtor(s)                                                  Chapter   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

   **Description of Property**                           **Creditor's name**
   -NONE-

   *b. Property to Be Retained*                          *[Check any applicable statement.]*

   | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
   |---|---|---|---|---|
   | -NONE- | | | | |

Date   October 13, 2005              Signature   /s/ Ryan C. Alvis
                                                 Ryan C. Alvis
                                                 Debtor