UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-46209-SBB |
| Alvis, Ryan C. | ) | Chapter 7 |
| SSN: 6017 | ) | |
| | ) | |
| | ) | |

_____
_____CERTIFICATE OF SERVICE_____

The undersigned hereby certifies that on January 6th, 2006, the Debtor(s) Amended Chapter 7 Schedule B and Schedule D, dated January 6th, 2006, was placed in the United States Mails, First-Class postage prepaid, and addressed as follows:

**Cynthia Skeen, Esq.**
Chapter 7 Trustee
P.O. Box 218
Georgetown, CO 80444

**United States Trustee**
999 18th Street, Suite 1551
Denver, CO 80202

**Capital One**
PO Box 60024
City Of Industry, CA 91716

**ER Solutions**
500 SW 7th St. #A100
P.O. Box 9004
Renton, WA 98057

**Providian**
PO Box 660433
Dallas, TX 75266

**Verizon Wireless**
PO BOX 96088
Bellevue, WA 98009

**Wells Fargo**
PO Box 5247
Denver, CO 80274

**Wells Fargo**
PO Box 30086
Los Angeles, CA 90030

/s/Michael L. Thiele
_____
Michael L. Thiele