UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-46209-SBB |
| Alvis, Ryan C. | ) | Chapter 7 |
| SSN: 6017 | ) | |
| | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 6, 2006, the Debtor(s) Chapter 7 Proof of Claim form and Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines meeting as per 11 U.S.C. § 341, dated January 6, 2006, was placed in the United States Mails, First-Class postage prepaid, and addressed as follows:

**Cynthia Skeen, Esq.**
Chapter 7 Trustee
P.O. Box 218
Georgetown, CO 80444

**United States Trustee**
999 18th Street, Suite 1551
Denver, CO 80202

**Wells Fargo Bank Auto Finance**
P.O. Box 29704
Phoenix, AZ 85038-9704

/s/Michael L.Thiele
_____
Michael L. Thiele